IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02541-ZLW

FIDEL ENRIQUE RUELAS,

    Applicant,

v.

J. C. ZUECHER (Warden),

    Respondent.

## ORDER DENYING MOTION TO RECONSIDER

Applicant Fidel Enrique Ruelas filed *pro se* on March 5, 2007, a motion titled "Motion for Reconsideration Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure." Mr. Ruelas asks the Court to reconsider and vacate the Court's February 22, 2007, Order and Judgment of Dismissal. The Court must construe the motion to reconsider liberally because Mr. Ruelas is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Ruelas filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to

reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court denied the habeas corpus application and dismissed the instant action as meritless because there was some evidence to support the disciplinary hearing officer's findings. The reasons for the dismissal are discussed in detail in the February 22, 2007, Order and Judgment of Dismissal.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Ruelas fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988).

Mr. Ruelas does not allege the existence of any new law or evidence, and the Court remains convinced that the habeas corpus application is without merit. Accordingly, it is

ORDERED that the motion titled "Motion for Reconsideration Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure" that Applicant Fidel Enrique Ruelas filed *pro se* on March 5, 2007, is denied.

DATED at Denver, Colorado, this 12 day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02541-BNB

Fidel Enrique Ruelas
Reg. No. 30099-048
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _3-12-07_

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk